# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| CALEB D. ALEXANDER, | } |
| Plaintiff, | } |
| v. | } Case No.: 5:20-cv-01206-RDP-HNJ |
| MATT GENTRY, Sheriff, et al., | } |
| Defendants. | } |

## MEMORANDUM OPINION

On January 20, 2021, the Magistrate Judge's Report and Recommendation was entered, and the parties were allowed fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. (Doc. # 11). No objections were filed.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge that this action be dismissed without prejudice.

A separate order in accordance with the Memorandum Opinion will be entered.

**DONE** and **ORDERED** this February 9, 2021.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE